UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LEE KENNEDY,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT HENROID, *et al.*,<br>        Defendants. | Case No.: 3:18-CV-00161-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 15) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla B. Carry (ECF No. 15[1]) entered on April 30, 2019, recommending that the Court dismiss this action without prejudice based on Plaintiff's failure to file an amended complaint; and Plaintiff's Motion to Receive Copy of Docket #3 and for Voluntary Dismissal (ECF Nos. 16, 17).  No objection to the Report and Recommendation has been filed.

This action was referred to Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 15) entered on April 30, 2019, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Receive Copy of Docket #3 and for Voluntary Dismissal (ECF Nos. 16, 17) are GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of Docket Entry (ECF No. 3) to Plaintiff, Kevin Lee Kennedy #79138, Ely State Prison, P.O. Box 1989, Ely, Nevada 89301.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 22nd day of May, 2019.

_____
ROBERT C. JONES
Senior District Judge